<u>NOT FOR PUBLICATION</u>

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON COUNTY IMPROVEMENT AUTHORITY,<br><br>                   Plaintiff,<br><br>v.<br><br>BEAZER EAST, INC., et al.,<br><br>                   Defendants. | Civil Action No. 24-5822 (SDW)(CLW)<br><br>**ORDER**<br><br>December 18, 2024 |

**WIGENTON**, District Judge.

      Before this Court is Magistrate Judge Cathy L. Waldor's ("Judge Waldor") Report and Recommendation (D.E. 18 ("R&R")), dated October 18, 2024, which recommends that this Court grant Plaintiff Hudson County Improvement Authority's ("Plaintiff") Motion to Remand (D.E. 9). Defendant Beazer East, Inc. ("Defendant") timely filed objections, (D.E. 19), consistent with 28 U.S.C. § 636(b)(1).  This Court has reviewed the reasons set forth by Judge Waldor in her R&R, Defendant's objections, and the other documents in this matter.  Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that Judge Waldor's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

      **ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and it is further

**ORDERED** that this matter is **REMANDED** to the Superior Court of New Jersey, Law Division, Hudson County.

**SO ORDERED.**

/s/ Susan D. Wigenton<br>**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       Cathy L. Waldor, U.S.M.J.